IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA COULTER, individually and behalf of all others similarly situated | : : : | CIVIL ACTION No. 17-3970 |
| v. | : : | |
| RECEIVABLES MANAGEMENT SYSTEMS, et al. | : : | |

## **ORDER**

AND NOW, this 14th day of February, 2019, upon consideration of the parties' cross-motions for summary judgment on the issue of Defendant Io, Inc. t/d/b/a Receivables Management Systems' liability to Plaintiff Joshua Coulter, the responses thereto, and the parties' presentations at the October 30, 2018, oral argument on the motions, it is ORDERED:

- Plaintiff Joshua Coulter's Motion for Summary Judgment (Document 15) is GRANTED;

- Defendant Io, Inc. t/d/b/a Receivables Management Systems' Motion for Summary Judgment (Document 12) is DENIED;

- The parties are directed to meet and confer and submit to the Court, on or before February 28, 2019, a joint proposed scheduling order for the balance of the case.

BY THE COURT:

　　/s/ Juan R. Sánchez　　
Juan R. Sánchez, C.J.