# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAMSEY COULTER, as Administrator of the Estate of JOSHUA CHAD-AUSTIN COULTER, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>    -v-<br><br>RECEIVABLES MANAGEMENT SYSTEMS,<br><br>            Defendant. | Civil Case Number: 17-3970-JS<br><br>**CIVIL ACTION**<br><br>**[PROPOSED] FINAL APPROVAL ORDER** |

## NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AGREEMENT AND RELEASE

**PLEASE TAKE NOTICE THAT** upon this Notice of Motion and Motion, Plaintiff Maritza Nieves ("Plaintiff") by and through her undersigned counsel, moves this Honorable Court, on May 18, 2020 at 9:30am for an Order certifying this case to proceed as a class action and granting final approval of the Parties' class settlement agreement. Specifically, the parties move this Court pursuant to Fed. R. Civ. P. 23, for an Order certifying this case to proceed as a class action, and granting final approval of the settlement, on behalf of the following classes:

> All consumers who were sent an initial collection letter from Defendant, with an address in Chester County, Pennsylvania, during the period of September 05, 2016 to present, attempting to collect a consumer debt, which stated "If you feel that this balance may be due from your insurance carrier, please contact your carrier prior to contacting the representative at the extension listed below."

In support of this motion, the parties rely on the attached Memorandum of Law in support, along with exhibits and declarations attached thereto.

Respectfully submitted this 6th day of May, 2020

*s/ Ari Marcus*
Ari H. Marcus, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Telephone: (732) 695-3282
Facsimile:   (732) 298-6256
E-Mail: Ari@MarcusZelman.com
*Attorney for Plaintiffs*